IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE A. MAKI,<br><br>Defendant. | 9:20-po-5082-KLD<br>Citation FBDW00EF<br><br>ORDER TO VACATE AND DISMISS |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the trial set for April 28, 2022, in the above cases is vacated.

IT IS FURTHER ORDERED that citation FBDW00EF is dismissed pursuant to the plea agreement reached in 9:21-po-5031-KLD.

Dated this 11th day of April, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1